IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**FILED**

**MAR 0 5 2009**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **1: 09CR00041CAS** |
| vs. | ) No. |
| | ) |
| JOSEPH BOWENS, | ) Title 18 |
| | ) United States Code |
| Defendant. | ) Section 922(g)(1) |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

On or about February 11, 2008, in Pemiscot County, within the Eastern District of Missouri,

### JOSEPH BOWENS,

the defendant herein, did possess in and affecting interstate and/or foreign commerce, a firearm, to wit: a Jimenez Arms, 9 mm. pistol, bearing serial number 075090, and had previously thereto been convicted of the following crimes, each punishable by a term of imprisonment exceeding one year:

(1)   On May 5, 1997, in the Circuit Court of Boone County, Missouri, in Case Number CR197-054022F, for the felony of Possession of a Controlled Substance – Cocaine, and

(2)   On March 18, 2003, in the Circuit Court of Pemiscot County, Missouri, in Case Number 02CR753547, for the felony of Tampering With a Motor Vehicle,

In violation of Title 18, United States Code, 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
UNITED STATES ATTORNEY

_____
KEITH D. SORRELL, #33212
ASSISTANT UNITED STATES ATTORNEY

2