Writ issued

FILED

MAR 2 3 2009

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:09CR00041CAS |
| | ) | |
| JOSEPH BOWENS, | ) | |
| | ) | |
| Defendant. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Keith D. Sorrell, Assistant United States Attorney for said District, and informs the Court that the defendant, **JOSEPH BOWENS,** is to be tried in the above cause, and that he is to appear before the Honorable Lewis M. Blanton, United States Magistrate Judge for the Eastern District of Missouri, Southeastern Division, at 9:00 a.m. on Wednesday, March 25, 2009, for an initial appearance, and at other times and dates and that the defendant is currently in the custody of the Sheriff of the Pemiscot County Jail, Caruthersville, Missouri.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad prosequendum directing the United States Marshal to remove the defendant from such custody, and bring him before the Honorable Lewis M. Blanton, for the above proceedings; and upon completion of all proceedings to return the defendant to the custody of the Sheriff.

CATHERINE L. HANAWAY
UNITED STATES ATTORNEY


_/s/ Keith D. Sorrell_
KEITH D. SORRELL, #33212
ASSISTANT UNITED STATES ATTORNEY
555 Independence, Room 3000
Cape Girardeau, MO 63703
(573) 334-3736

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| SOUTHEASTERN DIVISION OF THE | ) |
| EASTERN DISTRICT OF MISSOURI. | ) |

Keith D. Sorrell, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, on his oath states that the statements contained in the foregoing application are true as he verily believes.

_/s/ Keith D. Sorrell_
Keith D. Sorrell

Subscribed and sworn to before me this 23rd day of March, 2009.

JAMES WOODWARD, CLERK
UNITED STATES DISTRICT COURT

By _/s/ Jessica Carter_
Deputy Clerk

TO THE CLERK OF THE DISTRICT COURT:

You are hereby ordered to issue a writ of habeas corpus ad prosequendum as prayed for in the foregoing application.

_/s/_
UNITED STATES MAGISTRATE JUDGE