FILED

MAR 30 2009

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI
## COURTROOM MINUTE SHEET - CRIMINAL CASE

Date 3/30/09 Judge L.M. Blanton Case No. 1:09CR41CAS

UNITED STATES OF AMERICA v. Joseph Bowens

Court Reporter __FTR GOLD__ Deputy Clerk ____

Assistant United States Attorney(s) Keith Sorrell

Attorney(s) for Defendant(s) Carter Collins Law

Interpreter ____ Probation Officer ____

**Proceedings:** ( ) *SEALED PROCEEDING*

( ) Initial Appearance (x) Detention Hearing ( ) Revocation Hearing
(x) Arraignment ( ) Bond Review ( ) Probation
( ) Preliminary Examination ( ) Bond Execution/Appearance Bond ( ) Supervised Release
( ) Motion Hearing ( ) In Court Hrg (WAIVER OF MOTIONS) ( ) Competency Hrg
  ( ) Evidentiary Hearing ( ) Change of Plea/Sentencing ( ) Pretrial/Status Conf.
  ( ) Oral Argument/Non-Evidentiary ( ) Rule 5(c)(3) Removal (Identity) ( ) Material Witness

Parties present for hearing on _____.

( ) Defendant present for initial appearance. ( ) Defendant advised of and indicates understanding of rights.

( ) Court appoints: _____. ( ) Oral Motion for appointment of counsel (GRANTED).

( ) Arraignment hearing set for ____ @ ____ before ____.

( ) Bond set in the amount of $____ ( ) Secured ( ) Secured by 10% cash ( ) Unsecured ( ) O.R.

( ) Government filed motion for pretrial detention, hearing set for ____ @ ____ before ____.

( ) Preliminary Hearing set for ____ @ ____ before ____.

( ) Revocation Hearing set for ____ @ ____ before ____.

( ) Defendant arraigned. (x) Defendant waives reading of Indictment/Information.

(x) Plea entered: not guilty.

(x) Court to issue Order on Pretrial Motions. (x) Trial to be set at a later date.
  (x) Pretrial Motion Hearing set for 4/17/2009 @ 10:00 before LMB. (14 days)

( ) Defendant waives evidentiary hearing. ( ) By leave of court withdraws all pretrial motions.

(x) Defendant waives detention hearing. ( ) Order to issue. ( ) Oral ruling.

(x) Defendant *REMANDED* to custody. ( ) Defendant *RELEASED* on bond.

( ) Next hearing date/time ____ Type of hearing ____ before ____.

( ) Matter taken under advisement.

( ) Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.

( ) ____

Proceedings commenced: 10:29 Proceedings Concluded: 10:34

(5)