# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS
### JUDGE CHARLES A. SHAW

Cause No. 1:09cr41043  Date: 7/28/09

UNITED STATES OF AMERICA vs. Joseph Bowens

Deputy Clerk  Kelley Foresyth    Court Reporter Sue Moran

Assistant U.S. Attorney  Keith Sorrell

Defendant Attorney  Carter Collins Law

Probation Officer  Allison Redfern
Interpreter _____

( ✓ ) Defendant/Parties Present for Imposition of Sentence
( ✓ ) Presentence Report Adopted/Accepted by Court
( ✓ ) Sentence Imposed - See Judgement
( ✓ ) PSR Filed Under Seal
( ✓ ) Remanded to Custody of the USMS
( ) Granted Voluntary Surrender to Institution as Notified by the USMS
( ) Judgment Imposed as follows:

Deft to serve a term of 2 yrs probation.

( ) Objections to Presentence Report Heard and:
    ( ) Denied as Follows      ( ) Granted as Follows:

Witnesses:

( ) Exhibits returned to and retained by counsel
Defendant attorney present at _____
Proceedings commenced 10:55 am  Concluded 11:05 am