FILED

APR 8 2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI
## COURTROOM MINUTE SHEET - CRIMINAL CASE

Date **4/8/11** Judge **Lewis M. Blanton** Case No. **1:09CR41CAS**

UNITED STATES OF AMERICA v. **Joseph Bowens**

Court Reporter **FTR GOLD** Deputy Clerk **C. Gould**

Assistant United States Attorney(s) **Keith D. Sorrell**

Attorney(s) for Defendant(s) **Clifton Verhines**

Interpreter _____ Probation Officer **Jennifer Rugstad**

### Proceedings:   ( ) SEALED PROCEEDING

( ) Initial Appearance  (✓) Detention Hearing  ( ) Revocation Hearing
( ) Arraignment  ( ) Bond Review  ( ) Probation
(✓) Preliminary Examination  ( ) Bond Execution/Appearance Bond  ( ) Supervised Release
( ) Motion Hearing  ( ) In Court Hrg (WAIVER OF MOTIONS)  ( ) Competency Hrg
   ( ) Evidentiary Hearing  ( ) Change of Plea/Sentencing  ( ) Pretrial/Status Conf.
   ( ) Oral Argument/Non-Evidentiary  ( ) Rule 5(c)(3) Removal (Identity)  ( ) Material Witness

Parties present for hearing on _____

**gov't's mtn for detention taken up, argued & taken under submission.**

( ) Defendant present for initial appearance. ( ) Defendant advised of and indicates understanding of rights.
( ) Court appoints: _____ . ( ) Oral Motion for appointment of counsel (GRANTED).
( ) Arraignment hearing set for _____ @ _____ before _____ .
( ) Bond set in the amount of $_____ ( ) Secured ( ) Secured by 10% cash ( ) Unsecured ( ) O.R.
( ) Government filed motion for pretrial detention, hearing set for _____ @ _____ before _____ .
( ) Preliminary Hearing set for _____ @ _____ before _____ .
(✓) Revocation Hearing set for **4/26/11** @ **10:30 am** before **CAS**, in **St. Louis**
( ) Defendant arraigned. ( ) Deft waives reading of Indictment/Information.
( ) Plea entered: _____ .
( ) Defendant makes oral motion for time to decide whether to file pretrial motions. ( ) Motion granted.
( ) Court to issue Order on Pretrial Motions. ( ) Trial to be set at a later date.
   ( ) Pretrial Motion Hearing set for _____ @ _____ before _____ .
( ) Defendant waives evidentiary hearing. ( ) By leave of court withdraws all pretrial motions.
(✓) Defendant waives **preliminary hearing** . ( ) Order to issue. ( ) Oral ruling.
(✓) Defendant REMANDED to custody. ( ) Defendant RELEASED on bond.
( ) Next hearing date/time _____ Type of hearing _____ before _____ .
( ) Matter taken under advisement. ( ) Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
( ) _____

Proceedings commenced: **11:34 am** Proceedings Concluded: **11:46 am**