AO 245D (Rev. 09/12)
Sheet 1- Judgment in a Criminal Case for Revocations

# United States District Court

**FILED**
JUN 13 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For **Revocation** of Probation or Supervised Release) |
| JOSEPH BOWENS | Case Number: 1:09CR00041SNLJ |
| | USM Number: 37260-044 |
| | Clifton K. Verhines, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of conditions(s)  General and Special Conditions  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Special Condition | The defendant shall participate in the Location Monitoring Program for a period not to exceed 120 days. The offender stated that he destroyed the ankle strap while he was intoxicated. | 2/2/2013 |
| Special Condition #3 | The defendant shall abstain from the use of alcohol and all other intoxicants. The offender stated that he relapsed to abuse of alcohol. | 2/2/2013 |
| Special Condition #2 | The defendant shall participate in a drug or alcohol abuse treatment program approved by the United States Probation Office. Defendant failed to appear and submit urine samples to the federal drug aftercare provider. | 5/31/2013 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. NO.: | 2504 | June 13, 2013 |
| --- | --- | --- |
| Defendant's Date of Birth: | 1971 | Date of Imposition of Judgment |

_____
Signature Judge

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

June 13, 2013
Date

Record No.: 39

AO 245D (Rev. 09/12)  Sheet 1A - Judgment in a Criminal Case for Revocations

Judgment-Page 2 of 3

DEFENDANT: JOSEPH BOWENS
CASE NUMBER: 1:09CR00041SNLJ
District: Eastern District of Missouri

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition #5 | The defendant shall participate in a mental health program approved by the United States Probation Office. Defendant failed to appear and participate in individual and group counseling sessions with the federal drug aftercare provider. | 5/21/2013 |
| General Condition | The defendant shall refrain from any unlawful use of a controlled substance. The defendant submitted urine samples which presumptively tested positive for cocaine on March 15 and 26, 2013. | 3/26/13 |

DEFENDANT: JOSEPH BOWENS
CASE NUMBER: 1:09CR00041SNLJ
District: Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 MONTHS

☒ The court makes the following recommendations to the Bureau of Prisons:

It is recommended that the defendant be placed at the facility at Springfield, Missouri, if that is consistent with Bureau of Prisons policies.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./pm on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal
  ☐ as notified by the Probation or Pretrial Services Office

MARSHALS RETURN MADE ON SEPARATE PAGE



DEFENDANT: JOSEPH BOWENS
CASE NUMBER: 1:09CR00041SNLJ
USM Number: _____

# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____
_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐     The Defendant was released on _____ to _____ Probation

☐     The Defendant was released on _____ to _____ Supervised Release

☐     and a Fine of _____ ☐ and Restitution in the amount of _____

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____